United States District Court
Southern District of Texas
**ENTERED**
June 04, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC, § <br> as Broadcast Licensee of the December 19, 2020 § <br> Saul Alvarez v. Callum Smith Championship Fight § <br> Program, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> 1) TEQUILA'S SPORTS & CLUB LLC, § <br> individually, and d/b/a TEQUILAS SPORTS CLUB § <br> and d/b/a TEQUILA'S SPORTS & CLUB; and § <br> 2) MIGUEL A. FIGUERO, individually, and d/b/a § <br> TEQUILAS SPORTS CLUB and d/b/a TEQUILA'S § <br> SPORTS & CLUB, § <br> § <br> Defendants. § | Civil Action No. 4:23-cv-04698 |

## FINAL DEFAULT JUDGMENT

Before the Court is *Plaintiff's Motion for Final Default Judgment & Brief in Support* filed by Plaintiff G&G Closed Circuit Events, LLC ("Plaintiff"). ECF No. 28. Upon consideration of the Motion, the accompanying brief and evidence, the pleadings on file and the relevant authorities, the Court concludes that Plaintiff has established that it is an aggrieved party under the Federal Communications Act, 47 U.S.C. §§ 553 and 605 and recognizes Plaintiff's election to seek statutory damages. The Court also concludes that it has jurisdiction over the subject matter and parties to this action; that Defendant Tequila's Sports & Club LLC, individually, and d/b/a Tequilas Sports Club and d/b/a Tequila's Sports & Club ("Defendant") failed to answer or otherwise defend as provided by the Federal Rules of Civil Procedure following proper service; that the allegations in *Plaintiff's Original Complaint* are deemed admitted against Defendant; that Defendant exhibited the closed circuit December 19, 2020

Championship Fight Program, including undercard or preliminary bouts, without authorization from Plaintiff; and that Defendant's actions were willful and for purposes of direct or indirect commercial advantage or private financial gain. Therefore, additional damages are warranted in this action.

  IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED:

 1. That Judgment by default be entered in favor of Plaintiff and against Defendant.

 2. That Plaintiff recover statutory damages pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II) from Defendant in the amount of $10,000.00.

 3. That Plaintiff recover additional damages pursuant to 47 U.S.C. § 605(e)(3)(C)(ii) from Defendant in the amount of $50,000.00.

 4. That Plaintiff recover attorneys' fees from Defendant in the amount of $20,000.00.

 5. The Court also awards Plaintiff court costs and post-judgment interest on the amounts awarded herein at an annual rate of 4.14% from the date of this Judgment until paid.

 6. All writs and process for the enforcement and collection of this Judgment may issue as necessary. In connection with any Writ of Execution in this case, the Court directs the United States Marshals Service to use any means or force reasonably necessary to satisfy this Judgment.

 7. This Judgment is a final judgment.

SIGNED at Houston, Texas, this 4th day of June, 2025.

            _____
            KEITH P ELLISON
            UNITED STATES DISTRICT JUDGE